**IN THE SUPREME COURT OF THE STATE OF MONTANA**
Supreme Court No. DA 20-0399

FILED

04/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0399

STATE OF MONTANA,

        Plaintiff and Appellee,

v.

WILLARD DEAN MCCAULOU,

        Defendant and Appellant.

## ORDER

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until May 10th, 2021 to prepare, file and serve the Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 9 2021